# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

ERIEL MASON, JANE DOE (a minor), and other similarly situated individuals,

    Plaintiffs,

v.                                        Case No. 3:22-cv-821-MMH-JBT

PROTECTIVE ENTERPRISES PUBLIC SAFETY, LLC and MARCUS D. WILLIAMS, individually,

    Defendants.

## ORDER

**THIS CAUSE** is before the Court sua sponte. The above case is related to Quantisha Oneal v. Protective Enterprises Public Safety, LLC, et al., Case No. 3:22-cv-10-MMH-MCR, which is assigned to the undersigned as the District Judge and the Honorable Monte C. Richardson as the Magistrate Judge. Accordingly, it is

**ORDERED:**

The Clerk of the Court is directed to reassign this case to the Honorable Monte C. Richardson as the Magistrate Judge.

**DONE AND ORDERED** in Jacksonville, Florida this 8th day of September, 2022.

*/s/ Marcia Morales Howard*
MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record