UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ERIEL MASON, KYLA S. COUTHEN, and other similarly situated individuals,

    Plaintiffs,

v.    Case No. 3:22-cv-821-MMH-MCR

PROTECTIVE ENTERPRISES PUBLIC SAFETY, LLC and MARCUS D. WILLIAMS, individually,

    Defendants.

## O R D E R

**THIS CAUSE** is before the Court sua sponte. In light of the procedural posture of this case and the number of criminal trials scheduled before the undersigned in the upcoming months, the Court finds it necessary and appropriate to continue the final pretrial conference and trial in this matter. Accordingly, it is

**ORDERED:**

The remaining case management deadlines are extended as follows:

| | |
|---|---|
| All Other Motions Including Motions In Limine | APRIL 29, 2024 |
| Joint Final Pretrial Statement | MAY 13, 2024 |

| Final Pretrial Conference | MAY 20, 2024 |
| --- | --- |
| | 10:00 A.M. |
| Trial Term Begins [Trials Before Magistrate Judges Begin on Date Certain] | JUNE 3, 2024 9:00 A.M. |
| Estimated Length of Trial | 3 DAYS |
| Jury/Non-Jury | JURY |

**DONE AND ORDERED** in Jacksonville, Florida this 13th day of February, 2024.

*Marcia Morales Howard*
MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record

- 2 -