# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| ERIEL MASON and<br>KYLA S. COUTHEN<br>v.<br>PROTECTIVE ENTERPRISES<br>PUBLIC SAFETY, LLC and<br>MARCUS D. WILLIAMS | CASE NO. 3:22-cv-821-MMH-MCR |
| QUANTISHA O'NEAL<br>v.<br>PROTECTIVE ENTERPRISES<br>PUBLIC SAFETY, LLC and<br>MARCUS D. WILLIAMS | CASE NO. 3:22-cv-10-MMH-MCR |

| Counsel for Plaintiffs: | Counsel for Defendants: |
|---|---|
| Zandro Palma | Todd Shulby |

**HONORABLE MARCIA MORALES HOWARD**
**UNITED STATES DISTRICT JUDGE**

| Courtroom Deputy: Jodi L. Wiles | Court Reporter: Katharine Healey |
|---|---|

## CLERK'S MINUTES

PROCEEDINGS OF:   MOTION HEARING

Case No. 3:22-cv-821-MMH-MCR

Oral argument by counsel.

Defendants' Motion for Summary Judgment (Dkt. No. 42) is **GRANTED, in part, and DENIED, in part,** as stated on the record.

The parties shall have until **July 16, 2024,** to file a joint notice advising the Court whether they believe a settlement conference before a United States Magistrate Judge would be beneficial.

Case No. 3:22-cv-10-MMH-MCR

Discussion regarding Defendants' Proposed Bill of Costs (Dkt. No. 65).

The Clerk of the Court is directed to reduce the amount to $645.00 and enter the Bill of Costs.

Date: June 25, 2024     Time: 11:05 a.m. – 12:11 p.m.     Total: 1 Hour, 6 Minutes