**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

ERIEL MASON, KYLA S. COUTHEN, and other similarly situated individuals,

    Plaintiffs,

v.        Case No. 3:22-cv-821-MMH-MCR

PROTECTIVE ENTERPRISES PUBLIC SAFETY, LLC and MARCUS D. WILLIAMS, individually,

    Defendants.

## O R D E R

**THIS CAUSE** is before the Court sua sponte. In light of a lengthy civil trial and a number of criminal trials scheduled before the undersigned in the upcoming months, the Court finds it necessary and appropriate to continue the final pretrial conference and trial in this matter. Accordingly, it is

**ORDERED:**

The remaining case management deadlines are extended as follows:

| | |
|---|---|
| All Other Motions Including Motions In Limine | SEPTEMBER 30, 2024 |
| Joint Final Pretrial Statement | OCTOBER 15, 2024 |
| Final Pretrial Conference | OCTOBER 21, 2024 10:00 A.M. |

| Trial Term Begins [Trials Before Magistrate Judges Begin on Date Certain] | NOVEMBER 4, 2024 9:00 A.M. |
|---|---|
| Estimated Length of Trial | 3 DAYS |
| Jury/Non-Jury | JURY |

**DONE AND ORDERED** in Jacksonville, Florida this 23rd day of July, 2024.

*/s/ Marcia Morales Howard*
**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:

Counsel of Record