## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

ERIEL MASON, KYLA S. COUTHEN, and other similarly situated individuals,

    Plaintiffs,

v.

PROTECTIVE ENTERPRISES PUBLIC SAFETY, LLC and MARCUS D. WILLIAMS, individually,

    Defendants.

Case No. 3:22-cv-821-MMH-MCR

### O R D E R

**THIS CAUSE** came before the Court for a motion hearing on June 25, 2024. For the reasons stated on the record during the hearing, it is

**ORDERED:**

1. As to Plaintiffs' claims in Count I of the Amended Complaint (Doc. 24) for failure to pay minimum wages, Defendants' Motion for Summary Judgment (Doc. 42; Motion) is **GRANTED, in part, and DENIED, in part,** as set forth below.

    A. With respect to Plaintiff Eriel Mason's claim in Count I, the Motion is **granted**.

      B. With respect to Plaintiff Kyla S. Couthen's claim in Count I, the Motion is **granted** as to the period between February 7, 2022, and February 27, 2022. The Motion is **denied** as to the period between February 28, 2022, and March 13, 2022.

      C. The Motion is **granted** to the extent that Couthen's claim for failure to pay minimum wages is limited to the federal minimum wage rate of $7.25 per hour.

2. As to Plaintiffs' claims for retaliation in Count II of the Amended Complaint, the Motion is **DENIED**.

3. The Court defers entry of judgment until Plaintiffs' remaining claims are resolved.

**DONE AND ORDERED** in Jacksonville, Florida, on July 24, 2024, nunc pro tunc to June 25, 2024.

*/s/ Marcia Morales Howard*
**MARCIA MORALES HOWARD**
United States District Judge

lc31

Copies to:

Counsel of Record

- 2 -