UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ERIEL MASON, KYLA S. COUTHEN, and other similarly situated individuals,

    Plaintiffs,

v.                               Case No.   3:22-cv-821-MMH-MCR

PROTECTIVE ENTERPRISES PUBLIC SAFETY, LLC and MARCUS D. WILLIAMS, individually,

    Defendants.

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Parties' Joint Stipulation of Dismissal With Prejudice (Dkt. No. 67; Stipulation) filed on January 23, 2025. In the Stipulation, the parties request dismissal of this matter with prejudice. See Stipulation at 1.   Accordingly, it is hereby

    **ORDERED:**

    1.    This case is **DISMISSED with prejudice**.

    2.    Each party shall bear its own attorneys' fees and costs.

- 2 -

3. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 24th day of January, 2025.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record